# EXHITIB A

CL-20-1341-H

CAUSE NO.: _____

| | | |
|---|---|---|
| **ISMAEL GARZA and** )( | **IN THE COUNTY COURT** | |
| **MARIO SAAVEDRA GARZA** )( | | |
| )( | | |
| Plaintiff's )( | )( | |
| VS. )( | **AT LAW NO.** _____ | |
| )( | | |
| **ISAAC WILLIAM HOLTGRAVE,** )( | | |
| **INDIVIDUALLY, and As Agent of** )( | | |
| **C. R. ENGLAND CO., and C. R.** )( | | |
| **ENGLAND CO.** )( | | |
| Defendants )( | **HIDALGO COUNTY, TEXAS** | |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **ISMAEL GARZA** and **MARIO SAAVEDRA GARZA,** Plaintiffs in the above-styled and numbered cause and files this her Original Petition complaining of **ISAAC WILLIAM HOLTGRAVE** (hereinafter referred to as "**HOLTGRAVE**"), Individually, and As Agent of C.R. ENGLAND CO. and C. R. ENGLAND CO. (hereinafter referred to as "**ENGLAND**") who is a duly organized corporation (hereinafter referred to as "**ENGLAND**"), and for good cause would respectfully show unto the Court as follows:

*Discovery Level 2*

1.  Plaintiff believes that this case merits a Discovery Plan Level 2 and intends to conduct discovery as per a Level 2 Plan.

*Plaintiff*

2.  **ISMAEL GARZA** and **MARIO SAAVEDRA GARZA** are the parties bringing this lawsuit seeking to recover damages to his property that exceed $40,000.00 but is less than $68,000.00, exclusive of pre-judgment interest and post-judgment interest.

Case 7:20-cv-00428 Document 1-3 Filed on 12/21/20 in TXSD Page 3 of 19

Electronically Submitted
3/9/2020 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-20-1341-H

*Parties to Suit*

3.      Plaintiff, **ISMAEL GARZA**, is a resident of Hidalgo County, Texas, whose address is 2308 E. Trenton Rd., Edinburg, Texas 78542.

4.      Plaintiff, **MARIO SAAVEDRA GARZA** is a resident of Hidalgo County, Texas, whose address is 1310 Adela Dr., San Juan, Texas 78589.

5.A.    Defendant, **ISAAC WILLIAM HOLTGRAVE**, is a resident of Marion County, Indiana, whose address is 12 Burbank Rd., Indianapolis, Indiana 46219, where he may be served with process, or, WHEREVER HE MAY BE FOUND.

5.B.    Defendant, **C. R. ENGLAND CO.**, is a duly organized corporation. Organized and registered in the State of Indiana, and has its principal place of business at 5342 Elmwood Ave., Indianapolis, Indiana 46203, that has more than mere minimum contacts with the State of Texas, regularly uses the State Highways and public thoroughfares in conducting its daily business, and engages in the movement of goods throughout the State of Texas, and is therefore subject to the Texas Longarm Jurisdiction of this State.

*Venue and Jurisdiction*

6.      Venue is proper in Hidalgo County, Texas, as the facts giving rise to this lawsuit arose within the County of Hidalgo, and this Honorable Court has Jurisdiction because the amount in controversy is within the jurisdictional limits of this Court. Additionally, venue is proper in Hidalgo County, Texas, because C. R. ENGLAND has more than mere minimum contacts with the State of Texas, regularly uses the State Highways and public thoroughfares in conducting its daily business, and engages in the movement of goods throughout the State of Texas, and is therefore subject to the Texas Longarm Jurisdiction of this State; and, C. R. ENGLAND delivers

Case 7:20-cv-00428   Document 1-3   Filed on 12/21/20 in TXSD   Page 4 of 19

Electronically Submitted
3/9/2020 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-20-1341-H

goods to and transports goods out of Hidalgo County, Texas on a daily basis that exceeds the minimum contacts statutory requirements of the State of Texas.

*Facts*

7.    On or about March 15, 2018, Plaintiff **MARIO SAAVEDRA GARZA** was parked at a Love's Truck Stop waiting to fuel-up his truck.

8.    Defendant, **ISAAC WILLIAM HOLTGRAVE**, attempted to go around the Plaintiff's stationary truck, Defendant turned to soon and struck the right front quarter panel of the stationary truck, with the trailer of his truck.

9.    The impact was severe enough that it pulled off part of the front quarter panel of Plaintiffs' truck. Damaging the front right quarter panel, front end bumper, right-side front tire.

10.   The trucks collided, and Plaintiffs property sustained damage to Plaintiffs' truck.

11.   Plaintiff s' vehicle sustained property damage in the approximate amount of $5,000.00 and devaluation of his vehicle, for which Plaintiff hereby sues.

12.   Plaintiff, ISMAEL GARZA, sustained additional damages in the approximate amount of $45,000.00 in that the cargo that his tractor truck was carrying was perishable goods and perished when the refrigeration of the truck refrigerated box was punctured, the cold air escaped, and the merchandise spoiled, for which he hereby sues.

13.   Nothing that Plaintiffs did caused or contributed to the cause of this vehicular accident.

*BREACH OF DUTY OF CARE*

14.   Defendant **ISAAC WILLIAM HOLTGRAVE**, as a motorist using the public roads and public parking lots, had and has, a duty of care to be on the proper lookout for other motorists and to avoid vehicular accidents.

Case 7:20-cv-00428   Document 1-3   Filed on 12/21/20 in TXSD   Page 5 of 19

Electronically Submitted
3/9/2020 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-20-1341-H

15. Defendant, **ISAAC WILLIAM HOLTGRAVE**, was operating his truck, failed to properly steer the tractor trailer when turning the same as a normal truck driver would have driven in the same or similar circumstances and collided into Plaintiffs' vehicle.

16. Defendant, **ISAAC WILLIAM HOLTGRAVE**, was operating a vehicle at a Love's Truck Stop parking lot and attempting to go around Plaintiffs' truck, when he knew or should have known, that it is unlawful and improper to drive to close too a stationary vehicle.

17. Defendant, **ISAAC WILLIAM HOLTGRAVE**, **failed to control his truck** as he approached Plaintiffs' truck that was stationary waiting to fuel-up.

18. Defendant, **ISAAC WILLIAM HOLTGRAVE**, **failed to Yield the Right of Way to Plaintiff**, **MARIO SAAVEDRA GARZA**, as he approached Plaintiffs' vehicle, the same as a person of ordinary prudence would have done under the same or similar circumstances to avoid a vehicular accident, knowing that Plaintiffs were stationary, waiting to fuel-up.

19. Defendant's conduct or omissions and commissions were the direct and proximate cause of this automobile accident which caused the damages that Plaintiff sustained in this accident.

**DAMAGES**

20. Plaintiffs sustained property damage to their vehicle which exceeds the minimum jurisdictional limits of this Court, for which Plaintiff hereby sues.

**NEGLIGENT ENTRUSTMENT**

21. Defendant, C. R. ENGLAND, was negligent in entrusting their trailer to Defendant ISAAC WILLIAM HOLTGRAVE, when Defendant C. R. ENGLAND knew or should have known, that ISAAC WILLIAM HOLTGRAVE is a careless driver, drives at high rates of speed when it is unsafe to do so, and disobeys traffic laws of the State of Texas.

22. Plaintiffs sue for pre-judgment interest at the highest rate allowable by law; and,

Case 7:20-cv-00428   Document 1-3   Filed on 12/21/20 in TXSD   Page 6 of 19

Electronically Submitted
3/9/2020 12:00 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-20-1341-H

23. Plaintiffs sue for post-judgment interest at the highest rate allowable by law.

24. Plaintiffs request that the court costs be assessed against Defendants and for such other and further relief to which Plaintiffs may be justly entitled.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray the Court to issue citation on Defendants to answer this suit and after a trial on the merits that Plaintiffs be awarded all of their damages, costs of suit, and such other and further relief to which Plaintiffs may show herself justly entitled.

Plaintiffs pray for general relief.

        Respectfully submitted,

        Law Office of Leo Pruneda
        1401 West Polk Avenue
        Pharr, Texas 78577
        Tel.:   956-414-9730
        Fax:   956-783-1239
        Email: Lprunedaatty@aol.com

/S/ *Leo Pruneda*
By:_____
Leo Pruneda
State Bar #: 16373400
Attorney for Plaintiffs Ismael Garza and
Mario Saavedra Garza

CAUSE NO. CL-20-1341-H

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:  ISAAC WILLIAM HOLTGRAVE, INDIVIDUALLY AND AS AGENT OF C.R. ENGLAND CO.
12 BURBANK RD
INDIANAPOLIS IN  46219
OR WHEREVER HE MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #8 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 9th day of March, 2020 in this Cause Numbered CL-20-1341-H on the docket of said Court, and styled,

**ISMAEL GARZA; MARIO SAAVEDRA GARZA**
vs.
**ISAAC WILLIAM HOLTGRAVE INDIVIDUALLY AND AS AGENT OF C.R. ENGLAND CO.;
C.R. ENGLAND CO.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
LEO PRUNEDA
1401 W POLK AVE
PHARR TX  78577

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 12th day of March, 2020.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #8

BY _____Alma Navarro_____ DEPUTY
ALMA NAVARRO

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED :

Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____         By: _____
     CIVIL PROCESS SERVER                       DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**

Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By; _____         By: _____
     CIVIL PROCESS SERVER                       DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ___ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number



ARTURO GUAJARDO, JR.
HIDALGO COUNTY CLERK
100 N CLOSNER
PO BOX 58
EDINBURG, TX 78540-0058

**RETURN RECEIPT (ELECTRONIC)**



9214 8901 0661 5400 0149 5078 24

**CL-20-1341-H**

ISAAC WILLIAM HOLTGRAVE
12 BURBANK RD
INDIANAPOLIS, IN 46219-5007

CUT / FOLD HERE

Zone 6

8X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91

## CERTIFICATE OF RETURN

## TRCP 107

This is to certify that on this the **12th day of March, 2020**, I, Alma Navarro, Deputy Clerk of the County Court At Law #8 of Hidalgo County, Texas mailed to **Issac William Holtgrave,** Defendant, in Cause No. **CL-20-1341-H,**

**Ismael Garza, Mario Saavedra Garza**
**Vs.**
**Isaac William Holtgrave, C.R. England Co.**

a copy of Citation & Original Petition, by certified mail, return receipt requested. Return receipt was received **on this the 20th day of March, 2020, CLAIMED  9214 8901 0661 5400 0149 5078 24.** See attached return.

**GIVEN UNDER HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 23rd day of March, 2020



**Arturo Guajardo, Jr., Hidalgo County Clerk**
**Hidalgo County, Texas**

_____
**Alma Navarro, Deputy Clerk**

CAUSE NO. CL-20-1341-H

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   C.R. ENGLAND CO.
      5342 ELMWOOD AVE
      INDIANAPOLIS IN  46203

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #8 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 9th day of March, 2020 in this Cause Numbered CL-20-1341-H on the docket of said Court, and styled,

**ISMAEL GARZA; MARIO SAAVEDRA GARZA**
vs.
**ISAAC WILLIAM HOLTGRAVE INDIVIDUALLY AND AS AGENT OF C.R. ENGLAND CO.; C.R. ENGLAND CO.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
  LEO PRUNEDA
  1401 W POLK AVE
  PHARR TX  78577

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 12th day of March, 2020.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #8

BY _Alma Navarro_ DEPUTY
   ALMA NAVARRO

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
    Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

    NAME _____ DATE _____ TIME _____ PLACE _____

By: _____          By: _____
      CIVIL PROCESS SERVER                        DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

    NAME _____ DATE _____ TIME _____ PLACE _____

    NAME _____ DATE _____ TIME _____ PLACE _____

    NAME _____ DATE _____ TIME _____ PLACE _____

By: _____          By: _____
      CIVIL PROCESS SERVER                        DEPUTY SHERIFF/CONSTABLE

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ___ day of _____, 20____.


_____
DECLARANT


_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number



ARTURO GUAJARDO, JR.
HIDALGO COUNTY CLERK
100 N CLOSNER
PO BOX 58
EDINBURG, TX 78540-0058



9214 8901 0661 5400 0149 5083 33

**RETURN RECEIPT (ELECTRONIC)**

CL-20-1341-H

C.R. ENGLAND CO.
5342 ELMWOOD AVE STE F
INDIANAPOLIS, IN 46203-6078

CUT / FOLD HERE

Zone 6

BXST ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91

# CERTIFICATE OF RETURN

## TRCP 107

This is to certify that on this the **9th day of March, 2020**, Alma Navarro, Deputy Clerk of the County Court At Law #8 of Hidalgo County, Texas mailed to **C R England Co,** Defendant, in Cause No. **CL-20-1341-H,**

**Ismael Garza, Mario Saavedra Garza**
Vs.
**Isaac William Holtgrave, C.r. England Co.**

a copy of Petition & Citation, by certified mail, return receipt requested. Return was**, UNCLAIMED 9214 8901 0661 5400 0149 5083 33.** See attached return.

**GIVEN UNDER HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 16th day of April, 2020

**Arturo Guajardo, Jr., Hidalgo County Clerk**
**Hidalgo County, Texas**

_____
**Samantha Martinez, Deputy Clerk**

**CERTIFIED MAIL**

ARTURO GUAJARDO, JR.
HIDALGO COUNTY CLERK
100 N CLOSNER
PO BOX 58
EDINBURG, TX 78540-0058

**RETURN RECEIPT (ELECTRONIC)**

9214 8901 0661 5400 0149 5083 33

U.S. POSTAGE >> PITNEY BOWES
ZIP 78539 $ 005.90
02 1W
0001402764 MAR 16 2020

RECEIVED
APR 02 2020
Hidalgo County Clerk's Office

4/2

CL-20-1341-H
C.R. ENGLAND CO.
5342 ELMWOOD AVE STE F
INDIANAPOLIS, IN 46203-6078

NIXIE    462    FE 1        0003/27/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78540005858    *1410-01218-16-39

Electronically Submitted
4/6/2020 12:56 PM
Hidalgo County Clerk
Accepted by: Alma Navarro

## CAUSE NO. CL-20-1341-H

| | | |
|---|---|---|
| **ISMAEL GARZA and** § | | **IN THE COUNTY COURT** |
| **MARIO SAAVEDRA GARZA** § | | |
| § | | |
| **VS.** § | | **AT LAW NO. 8** |
| § | | |
| **ISAAC WILLIAM HOLTGRAVE** § | | |
| **INDIVIDUALLY, and As Agent of** § | | |
| **C.R. ENGLAND CO., and C.R.** § | | |
| **ENGLAND CO.** § | | **HIDALGO COUNTY, TEXAS** |

### DEFENDANT, ISAAC WILLIAM HOLTGRAVE'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

**DEFENDANT, ISAAC WILLIAM HOLTGRAVE,** in the above-styled and numbered cause, files his Original Answer to Plaintiffs' Original Petition, and would show the Court as follows:

I.

Defendant, **ISAAC WILLIAM HOLTGRAVE,** denies generally the allegations contained in Plaintiffs' Original Petition, and hereby ask for a trial of the issues before a jury.

**WHEREFORE, PREMISES CONSIDERED**, **DEFENDANT, ISAAC WILLIAM HOLTGRAVE,** pray that upon final trial, Plaintiffs takes nothing, and for such other and further relief, both general or specific, to which they may be entitled.

Doc# 6GB9396.DOC

Respectfully submitted,

*Larry D. Warren*

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANT,
ISAAC WILLIAM HOLTGRAVE**

### CERTIFICATE OF SERVICE

I hereby certify that on the **6TH** day of **April 2020**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel via **E-Filing Notification System:**

Leo Pruneda
State Bar No. 16373400
LAW OFFICE OF LEO PRUNEDA
1401 West Polk Avenue
Telephone: (956) 414-9730
Facsimile: (956) 783-1239
Lprunedaatty@aol.com
**ATTORNEYS FOR PLAINTIFFS**

*Larry D. Warren*

LARRY D. WARREN

# REGISTER OF ACTIONS
## CASE NO. CL-20-1341-H

| | | | |
|---|---|---|---|
| ISMAEL GARZA, MARIO SAAVEDRA GARZA VS. ISAAC WILLIAM HOLTGRAVE, C.R. ENGLAND CO. | § § § § § | Case Type:<br>Date Filed:<br>Location: | Injury or Damage - Motor Vehicle (OCA)<br>03/09/2020<br>County Court at Law #8 |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | C.R. ENGLAND CO. | |
| **Defendant** | HOLTGRAVE, ISAAC WILLIAM | LARRY D. WARREN<br>*Retained*<br>210-731-6350(W) |
| **Plaintiff** | GARZA, ISMAEL | Leo Pruneda<br>*Retained*<br>956-414-9730(W) |
| **Plaintiff** | GARZA, MARIO SAAVEDRA | Leo Pruneda<br>*Retained*<br>956-414-9730(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/09/2020 | **Original Petition (OCA)**<br>Plaintiffs Original Petition |
| 03/12/2020 | **Citation Issued**<br>C.R. ENGLAND CO/SENT VIA CERT. MAIL9214 8901 0661 5400 0149 5083 33 |
| 03/12/2020 | **Citation Issued**<br>ISAAC WILLIAM HOLTGRAVE/SENT VIA EMAIL 9214 8901 0661 5400 0149 5078 24 |
| 03/23/2020 | **Service Returned - Served**<br>ISSAC W. HOLTGRAVE SERVED ON 3-20-20 |
| 04/03/2020 | **Service Returned - Unserved**<br>CR ENGLAND CO, RETURNED UNCLAIMED |
| 04/06/2020 | **Answer**<br>Defendant, Isaac William Holtgrave's Original Answer to Plaintiffs' Original Petition |
| 04/06/2020 | **Certificate of Written Discovery**<br>COWD: Holtgrave's RFA & RFD to each Plaintiff |
| 05/20/2020 | **Motion**<br>Defendant CRE Motion to Compel Plaintiffs' Discovery |
| 05/21/2020 | Sent to Workflow Queue<br>OSH-FIAT-DEF.'S MOT. TO COMPEL |
| 05/22/2020 | **Order Setting Hearing, Signed**<br>FIAT-Def Mtn to Compel/SENT VIA EMAIL |
| 06/26/2020 | Sent to Workflow Queue<br>ORDER GRANTING DEF.'S MOT. TO COMPEL DISCOVERY |
| 06/29/2020 | Motion  (9:00 AM) ()<br>DEFS' MTN COMPEL PLTFS' DISCOVERY RESPONSES |
| 07/22/2020 | **Order Granting Motion to Compel, Signed**<br>Order Granting Defendant, C.R. England, Inc.'s Motion to Compel Discovery/SENT VIA EMAIL |
| 07/22/2020 | Sent to Workflow Queue<br>ORDER GRANTING MOT. TO COMPEL |
| 07/22/2020 | Case Called<br>Attorney for defendant present. Plaintiffs attorney was not present to the hearing. Motion to compel was requested by defense. Court granted the Motion to compel. |
| 08/13/2020 | **Motion**<br>Defendants', C.R. England and Isaac William Holtgrave, No Evidence Motion for Summary Judgment |
| 08/13/2020 | **Order Filed**<br>Order Granting Defendants' No Evidence Moiton for Summary Judgment |
| 08/14/2020 | **Order Setting Hearing, Signed**<br>Order Setting Hearing on Defendants' No Evidence Motion for Summary Judgment/SENT VIA EMAIL |
| 08/14/2020 | Sent to Workflow Queue<br>OSH NO EVIDENCE SUMMARY JUDGMENT |
| 09/16/2020 | Motion  (9:00 AM) ()<br>Defs' No Evidence Motion for Summary Judgment |
| 09/16/2020 | Case Called<br>Mr. Leo pruneda for plaintiff, Mr. Patterson for respondent present via zoom. Mr. Pruneda stated that he has provided discovery to respondents. Mr. Patterson stated that we were here for a no evidence motion for summary judgment. Mr. Pruneda asked that the court reset MSJ due to the discovery submitted. Court granted the extention and set it for 11/18/20. Court also set a DCC for 09/28/20 @ 3:30 pm |
| 09/23/2020 | **Docket Control Conference Hearing/Telephonic**  (3:30 PM) () |

| | | | | |
|---|---|---|---|---|
| | *DCC was not conducted as scheduled.* | | | |
| 11/18/2020 | **Motion for No Evidence Summary Judgment** (2:00 PM) () | | | |
| | *& Motion for summary Judgment* | | | |
| 11/19/2020 | **Rule 11 Agreement** | | | |
| | *SENT TO COURT Rule 11 Agreement as to No Evidence Motion for Summary Judgment and Plaintiffs' Answers to Defendants' Discovery Materials* | | | |
| 01/27/2021 | **Motion for No Evidence Summary Judgment** (9:30 AM) () | | | |
| | *& Motion for Summary Judgment* | | | |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** GARZA, ISMAEL | | | |
| | Total Financial Assessment | | | 462.00 |
| | Total Payments and Credits | | | 462.00 |
| | **Balance Due as of 12/21/2020** | | | **0.00** |
| 03/09/2020 | Transaction Assessment | | | 462.00 |
| 03/09/2020 | EFile Payments from TexFile | Receipt # 2020-003374 | GARZA, ISMAEL | (462.00) |